DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHEN E. WALKER,**
Appellant,

v.

**LAUREN E. KING,**
Appellee.

No. 4D21-1869

[July 14, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Debra Moses Stephens, Judge; L.T. Case No. 502021DR002132XXXXNB.

Stephen Walker, Jupiter, pro se.

Andrew A. Harris and Grace Mackey Streicher of Harris Appeals, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***